UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUAYSEAN SAINTARD,

        Plaintiff,                      Case No. 1:17-cv-859

v.                                            Hon. Paul L. Maloney

WALMART CORPORATION,

        Defendant.
_____/

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Plaintiff has appealed the order dismissing his case. This matter is now before the Court on his application to proceed *in forma pauperis* on appeal (ECF No. 8). Plaintiff was allowed to proceed *in forma pauperis* in this Court. *See* Order (ECF No. 4). As a general rule, a party who was permitted to proceed *in forma pauperis* in the district court action may proceed on appeal *in forma pauperis* "without further authorization." *See* Fed. R. App. P. 24(a)(3). This general rule applies to plaintiff. Accordingly, plaintiff's application (ECF No. 8) is **GRANTED**.

**IT IS SO ORDERED.**

Dated: November 17, 2017                          /s/ RAY KENT
                                                                     United States Magistrate Judge